UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ22-042 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| CEDRIC K. BROOKS, | |
| Defendant. | |

Offenses charged:

1. Felon in Possession of a Firearm

Date of Detention Hearing:   February 10, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.  Defendant has a significant criminal record that includes multiple acts of violence, including first degree robbery with a deadly weapon, unlawful possession of a firearm, assault and theft. His second round of convictions result from violent criminal conduct that occurred while under supervision. While incarcerated, Defendant assaulted another inmate and also introduced a controlled substance into the Cedar Creek Correction facility. The current charged conduct of felon in possession of firearms suggest repeated criminal conduct involving firearms. Defendant also has a significant addition to controlled substances, including cocaine, Percocet, heroin, methamphetamine and marijuana. Defendant poses a danger to the community because he exhibits a pattern of similar conduct involving gun possession, criminal activity while under supervision, and significant substance abuse history.

3.  There does not appear to be any condition or combination of conditions that will reasonably address the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 10th day of February, 2021.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3